# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barrett, Susan D. | U.S. Bankruptcy Court, GA-S---test | 08/13/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

P. O. Box 31267
Augusta, Georgia 30903

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Hill Properties, LLC |
| 2. | Partner | Family Partnership |
| 3. | Trustee | Family Trust (reported as Family Trust in VII) |
| 4. | Trustee, Member of Board of Managers, and member of the Family Aid Committe | Tuttle-Newton Home, Inc. |
| 5. | Board Member | Wheel Movement of the CSRA, Inc. |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 08/13/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Coastal Bankruptcy Law Institute, Inc. | April 18-19, 2019 | Savannah, Georgia | Seminar | Registration, Meals, Educational Materials and Lodging |
| 2. | National Conference of Bankruptcy Judges | October 29-November 2, 2019 | Washington, D.C. | Conference | Airfare, Lodging, Meals and Transportation |
| 3. | State Bar of Georgia Bankruptcy Section | December 11-13, 2019 | Greensboro, Georgia | Seminar | Registration, Meals, Educational Materials and Lodging |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Suntrust Bank Checking | A | Interest | J | T | | | | | |
| 2. | Suntrust Money Market | A | Interest | J | T | | | | | |
| 3. | | | | | | | | | | |
| 4. | BROKERAGE ACCT #1 (SCHWAB BROKERAGE) | | | | | | | | | |
| 5. | SCHWAB BANK (SWEEP) | A | Interest | K | T | | | | | |
| 6. | SCHWAB US TRSY MONEY INV. (SNSXX) | A | Int./Div. | M | T | | | | | |
| 7. | | | | | | Buy (add'l) | 12/06/19 | K | | |
| 8. | | | | | | Sold (part) | 11/15/19 | J | | See Part VIII |
| 9. | | | | | | Buy (add'l) | 08/16/19 | K | | |
| 10. | | | | | | Sold (part) | 05/20/19 | K | | See Part VIII |
| 11. | ACCENTURE PLC (ACN)(X) | A | Dividend | K | T | Buy | 08/26/19 | K | | |
| 12. | CARNIVAL CORP (CCL)(X) | A | Dividend | K | T | Buy | 07/01/19 | K | | |
| 13. | US TREASURY BILL 19 (DUE 12/19)(X) | A | Interest | | | Redeemed | 12/05/19 | K | | |
| 14. | | | | | | Buy | 07/29/19 | K | | |
| 15. | US TREASURY BILL 19 (DUE 8/19)(X) | A | Interest | | | Redeemed | 08/15/19 | K | | |
| 16. | | | | | | Buy | 02/15/19 | K | | |
| 17. | US TREASURY BILL 19 (DUE 7/19)(X) | A | Interest | | | Redeemed | 07/25/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barrett, Susan D.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy | 01/22/19 | K | | |
| 19. US TREASURY BILL 19 | A | Interest | | | Redeemed | 01/24/19 | L | | |
| 20. DOVER CORP. (DOV)(X) | A | Dividend | K | T | Buy | 08/21/19 | K | | |
| 21. ISHARES INTL SEL DIV ETF (IDV) | A | Dividend | | | Sold | 07/09/19 | K | A | |
| 22. ISHARES SELECT DIV ETF IV (DVY) | D | Dividend | M | T | | | | | |
| 23. JOHNSON & JOHNSON (JNJ) | A | Dividend | K | T | | | | | |
| 24. MARRIOT INTL INC (MAR)(X) | A | Dividend | K | T | Buy | 08/13/19 | K | | |
| 25. MICROSOFT CORP (MSFT) | A | Dividend | K | T | | | | | |
| 26. PUTNAM SHORT DURATION INCM A (PSDTX) | B | Dividend | | | Sold | 08/26/19 | K | | See Part VIII |
| 27. | | | | | Sold<br>(part) | 08/21/19 | K | | See Part VIII |
| 28. | | | | | Sold<br>(part) | 08/20/19 | K | | See Part VIII |
| 29. | | | | | Sold<br>(part) | 08/13/19 | J | | See Part VIII |
| 30. | | | | | Sold<br>(part) | 07/29/19 | K | | See Part VIII |
| 31. | | | | | Buy<br>(add'l) | 07/26/19 | L | | |
| 32. | | | | | Sold<br>(part) | 07/01/19 | K | | See Part VIII |
| 33. WALMART INC. (WMT)(X) | | None | J | T | Buy | 11/15/19 | J | | |
| 34. SCHWAB US DIV EQUITY ETF (SCHD) | E | Dividend | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  3M (MMM)(X) | A | Dividend | K | T | Buy | 08/20/19 | K | | |
| 36.  CHARLES SCHWAB US MC ETF (SCHM) | B | Dividend | L | T | | | | | |
| 37. | | | | | Buy (add'l) | 05/20/19 | K | | |
| 38.  SCHWAB INT'L EQUITY ETF (SCHF) | A | Dividend | K | T | | | | | |
| 39. | | | | | Buy (add'l) | 07/09/19 | K | | |
| 40.  SCHWAB TOTAL STK MKT INDEX (SWTSX) | D | Dividend | O | T | | | | | |
| 41.  SHERWIN WILLIAMS CO (SHW) | A | Dividend | K | T | | | | | |
| 42.  SCHWAB EMERGING MARKETS EQUITY ETF (SCHE) | A | Dividend | J | T | | | | | |
| 43. | | | | | | | | | |
| 44.  BROKERAGE ACCT. #2 (SCHWAB ROLLOVER IRA) | | | | | | | | | |
| 45.  SCHWAB BANK (SWEEP) | A | Interest | J | T | | | | | |
| 46.  ISHARES SELECT DIV ETF FUND (DVY) | A | Dividend | | | Sold | 09/25/19 | K | E | |
| 47.  PUTNAM SHORT DURATION, INCM A (PSDTX) | B | Dividend | L | T | | | | | |
| 48. | | | | | Sold (part) | 06/07/19 | K | | See Part VIII |
| 49. | | | | | Sold (part) | 04/12/19 | J | | See Part VIII |
| 50.  SCHWAB US DIV. EQUITY ETF (SCHD) | D | Dividend | N | T | | | | | |
| 51. | | | | | Buy (add'l) | 09/25/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barrett, Susan D.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  SCHWAB TOTAL STK MKT. (SWTSX) | B | Dividend | M | T | | | | | |
| 53.  CHARLES SCHWAB US MC ETF (SCHM) | A | Dividend | K | T | | | | | |
| 54. | | | | | Buy (add'l) | 06/07/19 | K | | |
| 55. | | | | | Buy (add'l) | 04/12/19 | J | | |
| 56.  SCHWAB INT'L EQUITY ETF (SCHF) | A | Dividend | K | T | | | | | |
| 57.  SCHWAB US SMALL CAP ETF (SCHA) | A | Dividend | K | T | | | | | |
| 58. | | | | | | | | | |
| 59.  BROKERAGE ACCT.#3 (WELLS FARGO) | | | | | | | | | |
| 60.  BANK DEPOSIT SWEEP | A | Interest | K | T | | | | | |
| 61.  CHEVRON CORP (CVX) | C | Dividend | L | T | | | | | |
| 62.  DXC TECH CO (DXC) | A | Dividend | J | T | | | | | |
| 63.  EQUITY RESIDENTIAL (EQR) | D | Dividend | M | T | | | | | |
| 64.  FIREEYE IN (FEYE) | | None | | | Sold | 07/17/19 | J | A | |
| 65.  HP INC (HPQ) | A | Dividend | | | Sold | 10/10/19 | J | B | |
| 66.  HEWLETT PACKARD ENTERPRISE CO (HPE) | A | Dividend | | | Sold | 10/10/19 | J | B | |
| 67.  INT'L BUSINESS MACHINE CORP. (IBM)(X) | A | Dividend | K | T | Buy (add'l) | 10/10/19 | J | | |
| 68. | | | | | Buy | 07/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MICRO FOCUS INTL PLC ADR (MFGP) (X) | | None | | | Sold | 07/17/19 | J | A | See Part VIII |
| 70. MICRO FOCUS INTL PLC ADR SPONSORED ADR NEW (MFGP) | A | Dividend | | | Merged (with line 69) | 05/20/19 | J | | See Part VIII |
| 71. | | | | | | | | | |
| 72. PALO ALTO NETWORKS (PANW) | | None | K | T | | | | | |
| 73. PERSPECTA INC. (PRSP) | A | Dividend | J | T | | | | | |
| 74. PROCTOR & GAMBLE CO. (PG) | C | Dividend | M | T | | | | | |
| 75. ROYAL DUTCH SHELL PLC ADR CL A (RDS/A) | A | Dividend | J | T | | | | | |
| 76. VERIZON COMMUNICATIONS COM (VZ) | A | Dividend | J | T | | | | | |
| 77. | | | | | | | | | |
| 78. MEMBERSHIP INTEREST IN HILL PROPERTIES, LLC | | None | | | | | | | See Part VIII |
| 79. | | | | | | | | | |
| 80. FAMILY INS. PSHIP (OWNS LIFE INS. POL-CASH VALUE & SMALL BANK ACCT. AT | | None | N | T | | | | | |
| 81. SUNTRUST) | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. TRUSTEE OF FAMILY TRUST CHECKING ACCOUNT AT SUNTRUST BANK | | None | J | T | | | | | |
| 84. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | FAMILY TRUST ACCT. #1 (TRUSTEE) (SCHWAB BROKERAGE ACCT.) | | | | | | | | | |
| 86. | ABBVIE, INC. (ABBV) | C | Dividend | L | T | | | | | |
| 87. | BANK SWEEP ACCT. | A | Interest | K | T | | | | | |
| 88. | TRUIST FINL CORP. (TFC) f/n/a BB&T CORPORATION (BBT) | B | Dividend | L | T | | | | | See Part VIII |
| 89. | BLACKROCK, INC. (BLK) | B | Dividend | K | T | | | | | |
| 90. | DEERE & CO. (DE) | B | Dividend | L | T | | | | | |
| 91. | JOHNSON & JOHNSON (JNJ) | B | Dividend | L | T | | | | | |
| 92. | MARRIOTT INTL INC. (MAR) | A | Dividend | K | T | | | | | |
| 93. | MC DONALDS CORP (MCD) | B | Dividend | L | T | | | | | |
| 94. | MICROSOFT CORP (MSFT) | B | Dividend | M | T | | | | | |
| 95. | PAYCHEX INC (PAYX) | B | Dividend | L | T | | | | | |
| 96. | PUTNAM SHORT DURATION (PSDTX) | C | Dividend | M | T | | | | | |
| 97. | SCHWAB US TRSY MONEY INV. (SNSXX) (X) | B | Dividend | K | T | | | | | |
| 98. | | | | | | Sold (part) | 08/22/19 | J | | See Part VIII |
| 99. | | | | | | Sold (part) | 07/01/19 | J | | See Part VIII |
| 100. | | | | | | Sold (part) | 06/19/19 | J | | See Part VIII |
| 101. | | | | | | Buy | 02/08/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barrett, Susan D.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. SCHWAB US DIV EQUITY ETF (SCHD) | D | Dividend | M | T | | | | | |
| 103. CHARLES SCHWAB US MC ETF (SCHM) | A | Dividend | K | T | | | | | |
| 104. TECHNOLOGY SELECT SECTOR SPDR ETF (XLK) | A | Dividend | L | T | | | | | |
| 105. UNITED TECHNOLOGIES CORP (UTX) | | None | | | Sold | 01/25/19 | K | D | |
| 106. 3M (MMM) | B | Dividend | L | T | | | | | |
| 107. CAE INC. (CAE) (X) | A | Dividend | | | Sold | 10/16/19 | K | A | |
| 108. | | | | | Buy (add'l) | 07/05/19 | J | | |
| 109. | | | | | Buy | 06/19/19 | K | | |
| 110. | | | | | | | | | |
| 111. FAMILY TRUST ASSET #2 (WELLS FARGO BROKERAGE ACCT.) | | | | | | | | | |
| 112. BANK DEPOSIT SWEEP | A | Interest | L | T | | | | | |
| 113. CHEVRON (CVX) | B | Dividend | L | T | | | | | |
| 114. DXC TECHNOLOGY CO (DXC) | A | Dividend | J | T | | | | | |
| 115. EQUITY RESIDENTIAL (EQR) | D | Dividend | O | T | | | | | |
| 116. HP INC (HPQ) | B | Dividend | K | T | | | | | |
| 117. HEWLETT PACKARD ENTERPRISES CO. (HPE) | A | Dividend | K | T | | | | | |
| 118. MICRO FOCUS INTL PLC ADR (MFGP) | A | Dividend | J | T | | | | | See Part VIII |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barrett, Susan D.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 119. MICRO FOCUS INTL PLC ADR SPONSORED ADR NEW (MFGP) | B | Dividend | | | Merged (with line 118) | 05/20/19 | K | | See Part VIII |
| 120. PERSPECTA, INC. (PRSP) | A | Dividend | J | T | | | | | |
| 121. PROCTOR & GAMBLE (PG) | D | Dividend | M | T | | | | | |
| 122. ROYAL DUTCH SHELL PLC ADR CL A (RDS/A) | B | Dividend | K | T | | | | | |
| 123. TRUIST FINL CORP. (TFC) F/K/A SUNTRUST BANKS INC (STI) | | None | M | T | | | | | See Part VIII. |
| 124. SUNTRUST BANK INC. (STI) | D | Dividend | | | Merged (with line 123) | 12/09/19 | M | | See Part VIII |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII (Lines 8, 10, 26-30, 32, 48-49, 98-100).  There is no gain to report.

Section VII (Lines 69-70, 118-119).  Micro Focus Intl Plc Adr. Sponsored ADR New was merged into Micro Focus Intl Plc. ADR.

Section VII (Line 78).  I own a membership interest in this entity, but it did not have any activity in the reporting period.

Section VII (Lines 88, 123-24).  Truist Finl. Corp. (TFC) was formed through the merger of BB&T and SunTrust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan D. Barrett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544